**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
Fay Ruggles,                                                            :
individually and on behalf of                               :                    Case No.
all others similarly situated, as a collective        :
and class representative,                                     :
                                                                           :          **MOTION FOR PRO HAC VICE**
            Plaintiff,                                                 :
                                                                           :
                        v.                                             :
                                                                           :
EmblemHealth Services, LLC,                           :
                                                                           :
            Defendant.                                             :
_____

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District

of New York, Rachhana T. Srey hereby moves this Court for an Order for admission to practice

Pro Hac Vice to appear as counsel for all Plaintiff and those similarly situated in the above-

captioned action.

I, Rachhana T. Srey, am in good standing of the bar of the state of Minnesota and there are

no pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred or denied admission or

readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Date: June 18, 2025                              Respectfully submitted,

                                                          _s/Rachhana T. Srey_
                                                          Rachhana T. Srey, MN Bar No. 0340133*
                                                          Caitlin L. Opperman, MN Bar No. 0399978*
                                                          Nichols Kaster, PLLP
                                                          80 South 8th Street, Suite 4700
                                                          Minneapolis, MN  55402
                                                          612-256-3200
                                                          srey@nka.com
                                                          copperman@nka.com

                                                          * *Pro hac vice forthcoming*

1

**Attorneys for Plaintiff, the Putative FLSA Collective, and the Putative New York Rule 23 Class**