UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| Fay Ruggles,<br>individually and on behalf of<br>all others similarly situated, as a collective<br>and class representative,<br><br>      Plaintiff,<br><br>        v.<br><br>EmblemHealth Services, LLC,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. |

**AFFIDAVIT OF RACHHANA T. SREY IN SUPPORT OF MOTION
FOR APPLICATION PRO HAC VICE**

1.      My name Rachhana T. Srey and I am an attorney at the firm of Nichols Kaster, PLLP, counsel for Plaintiff Fay Ruggles. I am familiar with the facts and circumstances underlying this declaration.

2.      Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I submit this affidavit in support of my motion for admission to practice Pro Hac Vice.

3.      I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary proceedings against me.

4.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of Minnesota.

1

2

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 18, 2025

Rachhana T. Srey

Subscribed and sworn before me

the _18_ day of _June_, 2025.

Notary Public

CHRISTINE M RUED
Notary Public
Minnesota
My Commission Expires January 31, 2030

2

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

RACHHANA THACH SREY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 2004

Given under my hand and seal of this court on

June 17, 2025

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration