**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | |
|---|---|
| Fay Ruggles, : | |
| individually and on behalf of : | Case No. |
| all others similarly situated, as a collective : | |
| and class representative, : | |
| : | **[PROPOSED] ORDER ON** |
| : | **MOTION FOR PRO HAC VICE** |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| EmblemHealth Services, LLC, : | |
| : | |
| Defendant. : | |

-------------------------------------------------------

The motion of Rachhana T. Srey, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Minnesota; and that her contact information is as follows:

> Rachhana T. Srey, MN Bar No. 0340133
> Nichols Kaster, PLLP
> 80 South Eighth Street, Suite 4700
> Minneapolis, MN  55402
> 612-256-3200; srey@nka.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for all Plaintiff and others similarly situated in the above entitled action;

IT IS HEREBY ORDERED that the Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date:                                                         _____
                                                                United States District/Magistrate Judge

1