**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Fay Ruggles, individually and
on behalf of all others similarly situated,
as a collective and class representative,

        Plaintiff,

v.

EmblemHealth Services Company, LLC,

        Defendant.

Case No. 1:25:cv-05133 (LJL)

The members of the proposed collective shall be given 45 days from notice distribution to sign and submit consent forms to Plaintiffs' counsel. Plaintiffs' counsel shall file with the Court each consent form within two business days of receipt.

October 20, 2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

### ORDER APPROVING PARTIES' STIPULATION FOR CONDITIONAL CERTIFICATION, COURT-AUTHORIZED NOTICE, AND NOTICE DISTRIBUTION PLAN

The above-captioned matter is before the Court on the Parties' Stipulation for Conditional Certification, Court-Authorized Notice, and Notice Distribution Plan ("Stipulation") under Section 216(b) of the Fair Labor Standards Act ("FLSA"). The Court, having considered the Stipulation, hereby ORDERS the following:

1.    The Court conditionally certifies the following collective under Section 216(b) of the FLSA for purposes of sending court-authorized notice of the lawsuit: "Any individual who works or worked for EmblemHealth Services Company, LLC ("EmblemHealth") at any time from June 18, 2022 to the present (a) as a Care Manager, Care Manager–Medical Mgmt. Ops., Care Manager–UM, Lead–Total Population Health, Mgr.–Utilization Management, Sr. Care Manager, and/or Team Lead Care Manager–UM, (b) who was paid a salary and classified as exempt from overtime laws, and (c) who was primarily responsible for performing medical necessity reviews.

2.    The Court authorizes and approves the form and content of the Parties' submitted Notice of Lawsuit and Plaintiff Consent Form (Exhibit A to the Stipulation) and Reminder Notice (Exhibit B to the Stipulation).

3.     The Court further approves the Parties' agreed upon notice distribution plan and other terms contained in the Stipulation, which the Court has "so ordered."


SO ORDERED this __20__ day of __October__, 2025.

_____
Honorable Lewis J. Liman
United States District Judge