USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAY RUGGLES, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

EMBLEMHEALTH SERVICES COMPANY,

Defendant.

25-cv-5133 (LJL)

MEMORANDUM AND ORDER

LEWIS J. LIMAN, United States District Judge:

The motion of Defendant EmblemHealth Services Company, LLC, for leave to depose the remaining seven opt-in plaintiff is DENIED for failure to show good cause without prejudice to renewal and a limited reopening of discovery if Defendant's anticipated motion for decertification of the FLSA collective is denied or is abandoned.

The Clerk of Court is respectfully directed to close Dkt. No. 55.

SO ORDERED.

Dated: July 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge