USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

FAY RUGGLES, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

EMBLEMHEALTH SERVICES COMPANY,

Defendant.

----------------------------------------------------------------------X

25-cv-5133 (LJL)

MEMORANDUM AND ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on September 3, 2026.

Plaintiff's motion for certification under Federal Rule of Civil Procedure 23 and Defendant's motion for decertification of the FLSA collective shall be filed by October 2, 2026. Defendant's motion for summary judgment shall be filed by November 2, 2026. Plaintiff shall file her motion for summary judgment in the form of a cross-motion, with the motion and the memorandum and Rule 56.1 statement in support of the motion filed with Plaintiff's opposition to Defendant's motion for summary judgment. Defendant shall reply in further support of its motion for summary judgment with its memorandum in opposition to Plaintiff's cross-motion. Plaintiff shall have leave to then file a reply memorandum in further support of her cross-motion. The parties are directed to meet and confer and submit a joint statement of undisputed facts pursuant to Local Rule 56.1 by November 2, 2026. The parties shall also file Rule 56.1 statements with respect to any material facts (not addressed in the joint Rule 56.1 statement) that either party claims are not subject to genuine dispute.

The parties are directed to meet and confer regarding a briefing schedule for cross-motions, oppositions, and replies with respect to the motions for certification and decertification and the motion and cross-motion for summary judgment and submit a letter to the Court by September 10, 2026.

Any request by Defendant for the Court to defer a ruling on Plaintiff's motion for certification (or Defendant's motion for decertification) pending a decision on Defendant's motion for summary judgment shall be made in its motions in support of decertification and/or in its opposition to Rule 23 certification.

SO ORDERED.

Dated: September 3, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge